| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  November 21, 2024*<br>*Time:  1:00pm* |

---------------------------------------------------------X

In re:

PATRICK ORLANDO

                      Debtor(s)

---------------------------------------------------------X

Chapter 13
Case No.: 24-73529-845

**NOTICE OF MOTION**

SIRS / MADAMS:

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, on the 21st day of NOVEMBER at 2024, 1:00pm, at the United States Bankruptcy Court located at 290 Federal Plaza – Courtroom 963, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§ 521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear and/or be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than three (3) days prior to the return date of this motion.

Dated: Islandia, New York
       October 25, 2024

                                            Yours, etc.

                                            MICHAEL J. MACCO
                                            Chapter 13 Trustee
                                            2950 Express Drive South, Suite 109
                                            Islandia, NY   11749
                                            (631) 549-7900

To:   *Office of the United States Trustee*
       *PATRICK ORLANDO, Debtor(s)*
       *RICHARD A. JACOBY, ESQ., Attorney for Debtor(s)*
       *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X        **tmm1634**
In re:

                                                                        Chapter 13
                                                                        Case No.: 24-73529-845

PATRICK ORLANDO

                  Debtor(s)                    **APPLICATION**
----------------------------------------------------------X
TO THE HONORABLE, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

       1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 12, 2024, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.  As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

       3.  In addition, as of this date the debtor(s) has failed to file and/or provide personal tax returns for 2022 and 2023, affidavit of contribution and proof of all mortgage payments that have come due since filing of petition

       4.  Furthermore, as of this date the debtor has failed to provide the Trustee with all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

       5.  Moreover, the debtor failed to appear at the initial §341 meeting of creditors, held on October 22, 2024, at 11:00 a.m.

       6.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

       **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       October 25, 2024

                                                   */s/ **Michael J. Macco***
                                                 Michael J. Macco, Chapter 13 Trustee
                                               2950 Express Drive South, Suite 109
                                             Islandia, NY   11749
                                               (631) 549-7900

**CERTIFICATE OF SERVICE BY MAIL AND ELECTRONIC SERVICE**

This is to certify that I, Matthew Shanley, have this day served a true, accurate and correct copy of the within ***Notice of Motion and Application,*** by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Patrick Orlando*
*502 Springs Fireplace Rd.*
*East Hampton, NY 11937*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
[*USTPRegion02.LI.ECF@usdoj.gov*](mailto:USTPRegion02.LI.ECF@usdoj.gov)

*Richard Jacoby*
*1737 North Ocean Avenue*
*Medford, NY 11763*
[*Jacobylaw@yahoo.com*](mailto:Jacobylaw@yahoo.com)
*Attorney for Debtor(s)*

*Mill City Mortgage Loan Trust*
*Robertson, Anschutz et. Al.*
*Attn: Suzanne Youssef*
[*syoussef@raslg.com*](mailto:syoussef@raslg.com)
*Attorney for Debtor(s)*

This October 25, 2024

***/s/ John Wallace***
John Wallace, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908