**JACOBY & JACOBY**
Attorneys at Law
1737 North Ocean Avenue
Medford, New York   11763
TEL: 1(631) 289-4600
FAX: 1(631) 654-5095
E-Mail Address: jacobylaw@aol.com

Melvyn L. Jacoby                                                                                         OFFICE MANAGER
Richard A. Jacoby                                                                                        Victoria Alonso
   _____
Keith R. DeBenedictis
Christine M. Schibani
Susan M. Ulrich

November 18, 2024

United States Bankruptcy Court
100 Federal Plaza
Central Islip, NY 11722

        Re:        Patrick Orlando
        Case No.:  8-24-73529
        Document #:  13
        Hearing:  November 21, 2024 at 1:00 PM

Dear Sir/Madam

     Please be advised that we have no opposition to the Trustee's Motion to Dismiss the case on November 21, 2024 under document #13.

     Thank you for your attention to this matter.

                                             Very truly yours,
                                             Jacoby & Jacoby

                                             <u>/s Richard A. Jacoby, Esq.</u>

RAJ/KD

cc: Michael J. Macco, Trustee